IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | No. 4:22CR142 |
| v. | § | Judge Jordan |
| | § | |
| CHRISTOPHER SCOTT LITTLE | § | |

## **FACTUAL BASIS**

The defendant, **Christopher Scott Little**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Christopher Scott Little (Little)**, who is changing his plea to guilty, admits that he is the individual charged in the Indictment.

2. As charged in Count One of the Indictment, between on or about June 21, 2021, and on or about July 7, 2021, in the Eastern District of Texas, and elsewhere, **Little** did knowingly persuade, induce, entice, or coerce a minor to engage in sexual activity.

3. Specifically, on or about June 21, 2021, **Little** was active on a social media and messaging application, using the persona of a teenaged girl named "Amber" who was looking for a girlfriend/romantic partner. On that date, **Little** began messaging with Victim 1, knowing that Victim 1 was a minor, as follows:

**LITTLE:** [S]end me a picture of you please? And text me your age and where you from so I can save it on my screen.

VICTIM 1: 12 and from Texas

**LITTLE:** Can you send me pictures please?

VICTIM: [4 files sent]

      **LITTLE**:    You're freaking gorgeous. What is your nationality?

4.    As **Little**'s communications with Victim 1 continued, **Little** asked for and received Victim 1's phone number. **Little** also asked for and received the password to Victim 1's account on the social media and messaging application. In the chats, both **Little** and Victim 1 discussed "liking" girls and agreeing to be "girlfriends." After **Little** messaged "[p]romise me I will be the only girl that ever see (sic) your naked body … Will you be loyal to me forever? I'm looking for long term," Victim 1 responded "[y]es I will."

5.    Through the "Amber" persona, **Little** also began communicating with Victim 1 as "Brandon," who was purportedly Amber's 17-year old cousin. **Little** (as "Amber") advised Victim 1 "[i]f he ask (sic) you for naked pictures send it to him okay" and "[h]e loves sex he might take me to come see you one day so you will have to be good for him." And, at "Amber's" urging, on June 24. 2021, **Little** (as "Brandon") engaged in a phone conversation with Victim 1.

6.    Over the course of their messages, **Little** repeatedly asked for photos and videos of Victim 1's body, including her breasts, armpits, stomach and genitals. **Little** also repeatedly asked Victim 1 to film herself engaged in sexually explicit conduct, including touching her genitals and inserting foreign objects into her genitals and anus. For example, on July 6, 2021:

      **LITTLE**:    I'm so horny baby. Can you do a video please put your finger in your ass. Go really slow in and out of ur ass please.

      VICTIM 1:    I don't want to do that.

      **LITTLE**:    [Sends file]

| | |
|---|---|
| VICTIM 1: | I would do that for you but I don't have anything like that. |
| **LITTLE**: | do you have a brush? |
| VICTIM: | yes |
| **LITTLE**: | Do it with a brush and then suck on the brush handle and pit (sic) it back in your pussy. Make a long video. |
| VICTIM: | [Sends 2 videos] |
| **LITTLE**: | I love u so much. |

7.    **Little** admits that Victim 1 was at all times a minor who had attained the age of 12-years old but was younger than 16-years old.

8.    **Little** further admits that many of the images and videos Victim 1 produced at his request depicted Victim 1 engaged in sexually explicit conduct and did constitute child pornography, as defined by 18 U.S.C. § 2256. **Little** acknowledges that employing, using, persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct to produce visual depictions of that conduct constitutes a violation of 18 U.S.C. § 2251(a), sexual exploitation of children a/k/a production of child pornography.

9.    **Little** also acknowledges that the social media and messaging application he used to communicate with Victim 1 and through which he received child pornography depicting Victim 1 requires the use of the internet, a means and facility of interstate and foreign commerce. **Little** admits that he committed the offense using digital devices he owned and possessed, including a Motorola Model XR2005DL cellular phone.

10.    **Little** further admits that he communicated with Victim 1 from a location in San Marcos, Hayes County, Texas. **Little** acknowledges that Victim 1 communicated

with him, and sent images and videos, from a location in Fannin County, Texas, within the Eastern District of Texas.

11. And finally, **Little** admits that he was convicted of two counts of Carnal Knowledge of a Child 13 to 15 Years Old in Hanover, Virginial Circuit Court on January 23, 2007, and he was convicted of one count of Use of Communications System to Facilitate Certain Offenses Involving Children (a/k/a "Propose Sex by Computer Less than 15 Years Old") in Lynchburg, Virginia Circuit Court on August 19, 2015.

### SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT CHRISTOPHER SCOTT LITTLE

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 5-18-23

CHRISTOPER SCOTT LITTLE
Defendant

### SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 5/18/2023

MICHELLE ALLEN-McCOY
Attorney for the Defendant